1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYBO LEE, | Case No. 1:25-cv-01263-SAB |
| Plaintiff, | ORDER REGARDING STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (ECF No. 11) |
| Defendant. | |

Plaintiff Maybo Lee commenced this action on September 24, 2025, challenging the Commissioner of Social Security's final decision denying her application for Social Security Benefits.  (ECF No. 1.)  The parties have consented to the jurisdiction of the United States Magistrate Judge.  (ECF Nos. 7-9.)  On December 4, 2025, the parties filed a stipulation for voluntary remand, pursuant to Sentence Four of 42 U.S.C. § 405(g).

Pursuant to the parties' stipulation to remand this action pursuant to Sentence Four of 42 U.S.C. § 405(g), IT IS ORDERED that:

1.    This action is REMANDED to the Commissioner of Social Security for further proceedings consistent with the terms of the stipulation (ECF No. 14);

2.    All pending dates and matters are VACATED; and

/ / /

/ / /

/ / /

1        3.    Judgment is ENTERED in favor of Plaintiff Maybo Lee and against the

2    Commissioner of Social Security.

3

4    IT IS SO ORDERED.

5    Dated:  __**December 4, 2025**__    _____

6    STANLEY A. BOONE
     United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28